UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J.D. CARPENTER,

                            Plaintiff,                **ORDER**
                                                               09 CV 4524 (ARR)(LB)

      -against-

TEACHING FELLOWS DIREC.-
HUMAN RESOUR.,

                            Defendant.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

      By letter dated February 8, 2010, plaintiff states that he is "prepared [] to proceed with the court date[] the court[] provide[s]" and asks that the Court "please send [the] date [he is] to appear in [the] Eastern District Court." See docket entry 12. By Order dated February 5, 2010, the Court set a briefing schedule for defendant's motion to dismiss. See docket entry 10. Plaintiff's letter and the Court's Order may have crossed in the mail. The Court therefore attaches its prior Order setting the briefing schedule as a courtesy to plaintiff. Plaintiff is not scheduled to appear in Court, but must serve his opposition to defendant's motion by March 22, 2010. Plaintiff should review the Pro Se Manual provided to him when he commenced the action for information on how to oppose a motion and may contact the Court's Pro Se Office at (718) 613-2665 for questions regarding the Court's procedures.

SO ORDERED.

                                                                /Signed by Judge Lois Bloom/
                                                               LOIS BLOOM
                                                               United States Magistrate Judge

Dated: February 12, 2010
       Brooklyn, New York